## BATSON v. STATE.
### No. 25094.

Court of Criminal Appeals of Texas.

Jan. 17, 1951.

No attorney on appeal, for appellants.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for permitting intermittent playing of slot machines. The jury assessed his punishment at a fine of $100.

The record is brought forward without a statement of facts or bill of exception. All proceedings appear regular. No question is presented for our consideration.

The judgment of the trial court is affirmed.

## LAUGHERTY v. STATE.
### No. 25091.

Court of Criminal Appeals of Texas.

Jan. 17, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense of driving while intoxicated. He was found guilty by the court, having waived a jury, and was assessed a fine of $50.00.

The record is brought forward without a statement of facts or bill of exception. Nothing is presented for our consideration.

The judgment is affirmed.